[No. 8922-0-II.  Division Two.  March 11, 1987.]

PAUL D. TURNER, *Appellant*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 84-2-00817-0, Paula Casey, J., entered June 28, 1985. *Affirmed* by unpublished opinion per Reed, C.J., concurred in by Petrich and Worswick, JJ.

[No. 8260-8-II.  Division Two.  March 11, 1987.]

THE STATE OF WASHINGTON, *Respondent*, v. LEONARD IRVING CICELSKI, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 84-1-00054-5, Gary W. Velie, J., entered November 9, 1984. *Dismissed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Alexander, A.C.J., and Petrich, J.

[No. 8509-7-II.  Division Two.  March 11, 1987.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL K. FULLER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 84-1-01564-2, Thomas R. Sauriol, J., entered February 8, 1985. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Reed, C.J., and Worswick, J.